DAVIDSON *v.* DAVIS, solicitor-general.

DUCKWORTH, Justice. This case is of the same nature and involves substantially the same evidence as that of *Lokey* v. *Davis,* ante, and is controlled by the ruling therein.

*Judgment affirmed. All the Justices concur.*